# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2372

_____

MICHAEL BOYINGTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


November 6, 2018


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is dismissed as an untimely, successive petition. *See* Fla. R. App. P. 9.141(d)(5) and (d)(6)(C).

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

Michael Boyington, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.